

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-12-01046-CR

Style:      Mark Anthony Castillo

**v** The State of Texas

Date motion filed[*]:    November 14, 2013

Type of motion:    Motion for extension to file Anders response

Party filing motion:    Appellant

Document to be filed:    Appellant's Anders response

If motion to extend time:

    Original due date:    December 2, 2013

    Number of extensions granted:    0    Current Due date:  December 2, 2013

    Date Requested:    March 27, 2014

Ordered that motion is:

    ☑    Granted in part

        If document is to be filed, document due:  January 31, 2013

        ☐    No further extensions of time will be granted

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **We direct the Clerk of this Court to provide appellant with a copy of the appellate record in this case. We further grant in part Appellant's request for an extension of time to file his Anders response and ORDER that his response be filed no later than January 31, 2014. All other relief requested in the motion is denied.**

Judge's signature: /s/ Chief Justice Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____

Date: November 21, 2013

November 7, 2008 Revision